IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRYSTAL D. GARMAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil No. 19-cv-457-DGW |
| COMMISSIONER of SOCIAL SECURITY, | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Donald G. Wilkerson (Doc. 20), the Commissioner's final decision denying plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Crystal D. Garman and against defendant Commissioner of Social Security.

DATED:     October 17, 2019

                                                        **MARGARET M. ROBERTIE**
                                                        **Clerk of Court**

                                                        **BY:**   **s// Angela Vehlewald**
                                                                           **Deputy Clerk**

**Approved:**
**s/ Donald G. Wilkerson**
**Donald G. Wilkerson**
**U.S. Magistrate Judge**